NORGAARD O'BOYLE & HANNON
184 GRAND AVENUE
ENGLEWOOD, NJ  07631-3507

Re:   KIMBERLY G. FERRONE
      PETER FERRONE
      14 SPEAR STREET
      OAKLAND,  NJ  07436

Atty:   NORGAARD O'BOYLE & HANNON
        184 GRAND AVENUE
        ENGLEWOOD, NJ  07631-3507

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
Chapter 13 Case # 25-22383

### RECEIPTS AS OF 01/15/2026     (Please Read Across)

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 0.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | JP MORGAN CHASE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | NEW REZ/SHELLPOINT | MORTGAGE ARRE | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | TD BANK NA | UNSECURED | 3,452.88 | 0.00% | 0.00 | 0.00 |
| 0010 | MACY'S/ DSNB | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | CAPITAL ONE/BASS PRO SHOP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | DISCOVER BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | MACYS/CITIBANK, N.A | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,102.88 | 0.00% | 0.00 | 0.00 |
| 0015 | RESURGENT CAPITAL SERVICES | UNSECURED | 158.27 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $0.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $0.00        -        Paid to Claims: $0.00        -        Admin Costs Paid: $0.00        =        Funds on Hand: $0.00

**Chapter 13 Case # 25-22383**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.