**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

  KIMBERLY G. FERRONE
  PETER FERRONE,

              Debtors

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

  **Case No.:  25-22383 SLM**

### NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | NEW REZ/SHELLPOINT |
| Trustee Claim #: | 4 |
| Court Claim #: | 6 |
| Claimed Amount: | $0.00 |
| Date Claim Filed: | 01/28/2026 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ Claim was filed with no Proof of Claim Form.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.


Dated:  February 02, 2026

By:  /S/  Marie-Ann Greenberg
       Chapter 13 Standing Trustee


KIMBERLY G. FERRONE
PETER FERRONE
14 SPEAR STREET
OAKLAND, NJ    07436

NORGAARD O'BOYLE & HANNON
184 GRAND AVENUE
ENGLEWOOD, NJ    07631-3507

NEW REZ/SHELLPOINT
55 BEATTIE PL STE 600
GREENVILLE, SC    29601-2165