UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                      CASE NO.: 25-22383-SLM
                                                                     CHAPTER 13

Kimberly G. Ferrone,
    Debtor,


Peter Ferrone,
    Joint Debtor.


_____/

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF III Acquisition Trust<br>Name of Transferee | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>Name of Transferor |

Name and Address where notices to Transferee           Court Claim # (if known): 6-1
should be sent:                                                       Amount of Claim: $228,795.89
Selene Finance LP                                                   Date Claim Filed: 1/28/2026
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637                                          Phone: 800-365-7107
Last Four Digits of Acct #: 8604                          Last Four Digits of Acct #: 2020


Name and Address where Transferee payments
should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637
Last Four Digits of Acct #: 8604

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Levi Chaimowitz                               Date: 02/26/2026

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 26, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Kimberly G. Ferrone
14 Spear Street
Oakland, NJ 07436

Peter Ferrone
14 Spear Street
Oakland, NJ 07436

***And via electronic mail to:***

Cassandra C. Norgaard
Norgaard O'Boyle
184 Grand Avenue
Englewood, NJ 07631

Trustee
Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ *Long-Giang Nguyen*

Email: petnguyen@raslg.com