UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| |
|---|
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>    KIMBERLY G. FERRONE<br>    PETER FERRONE |

**Order Filed on March 12, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  25-22383

Hearing Date:  03/11/2026

Judge:  STACEY L. MEISEL

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: March 12, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):   KIMBERLY G. FERRONE
              PETER FERRONE

Case No.:  25-22383SLM

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 03/11/2026 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 3/11/2026 of the plan filed on 12/15/2025, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 03/20/2026 or the case will be dismissed; and it is further

ORDERED, that the Debtor must provide updated proof of income from any new sources relied upon by the plan or in any amended Schedule I by 3/20/2026 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.