Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25–22383–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Kimberly G. Ferrone | Peter Ferrone |
|---|---|
| 14 Spear Street | 14 Spear Street |
| Oakland, NJ 07436 | Oakland, NJ 07436 |

Social Security No.:
  xxx–xx–1735                            xxx–xx–6467

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/15/26 and a confirmation hearing on such Plan has been scheduled for 3/11/26.

The debtor filed a Modified Plan on 3/16/26 and a confirmation hearing on the Modified Plan is scheduled for 04/22/2026. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: March 20, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-22383-SLM

Kimberly G. Ferrone                                                                          Chapter 13

Peter Ferrone

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2026 | Form ID: 186 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kimberly G. Ferrone, Peter Ferrone, 14 Spear Street, Oakland, NJ 07436-3230 |
| 520919722 | + | TD Bank, PO Box 71466, Philadelphia, PA 19176-1466 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 20 2026 21:47:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 520919717 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2026 21:50:04 | AMEX/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520919718 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2026 21:50:21 | Capital One/Bass Pro Shop, PO Box 71083, Charlotte, NC 28272-1083 |
| 520951928 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2026 21:50:04 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520919719 | | Email/Text: mrdiscen@discover.com | Mar 20 2026 21:46:00 | Discover, 6500 New Albany Road, New Albany, OH 43054 |
| 520892175 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2026 21:49:57 | JP Morgan Chase, Mail Code LA2-7100, 1414 Woodward Avenue, Ruston, LA 71270-2015 |
| 520892176 | ^ | MEBN | Mar 20 2026 21:40:36 | KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520916351 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 21:50:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520892177 | | Email/Text: Bankruptcy@mjrf.com | Mar 20 2026 21:47:00 | Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Tpke Ste 220, Syosset, NY 11791-4449 |
| 520919720 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2026 21:50:04 | Macy's/Citibank, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520892178 | | Email/Text: mtgbk@shellpointmtg.com | Mar 20 2026 21:47:00 | New Rez/Shellpoint, 55 Beattie Pl Ste 600, Greenville, SC 29601-2165 |
| 520960754 | | Email/Text: mtgbk@shellpointmtg.com | Mar 20 2026 21:47:00 | NewRez LLC d/b/a Shellpoint Mortgage |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Mar 20, 2026 | Form ID: 186 | Total Noticed: 23

| | | | |
|---|---|---|---|
| | | | Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 520961535 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 21:50:12 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520892179 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 21:50:01 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 520919721 | Email/Text: signed.order@pfwattorneys.com | Mar 20 2026 21:46:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520908394 | ^ MEBN | Mar 20 2026 21:41:21 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 521012126 | + Email/Text: bkteam@selenefinance.com | Mar 20 2026 21:47:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association, Selene Finance LP 75019-6295 |
| 521039102 | + Email/Text: RASEBN@raslg.com | Mar 20 2026 21:47:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 521012125 | + Email/Text: bkteam@selenefinance.com | Mar 20 2026 21:47:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Cassandra C. Norgaard
on behalf of Joint Debtor Peter Ferrone cnorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cas
sandrac.b124931@notify.bestcase.com

Cassandra C. Norgaard
on behalf of Debtor Kimberly G. Ferrone cnorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cas
sandrac.b124931@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com
bkgroup@kmllawgroup.com

District/off: 0312-2

Date Rcvd: Mar 20, 2026

User: admin

Form ID: 186

Page 3 of 3

Total Noticed: 23

Levi Chaimowitz

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF III Acquisition Trust chamo549@gmail.com

Marie-Ann Greenberg

magecf@magtrustee.com

Nathalie Rodriguez

on behalf of Creditor U.S. Bank Trust National Association nrodriguez@raslg.com  NJbkyecf@flwlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7