Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−22383−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kimberly G. Ferrone                          Peter Ferrone
14 Spear Street                              14 Spear Street
Oakland, NJ 07436                            Oakland, NJ 07436

Social Security No.:
xxx−xx−1735                                  xxx−xx−6467

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:

   Debtor and Joint Debtor was entered on March 23, 2026.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 23, 2026
JAN: ntp

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Kimberly G. Ferrone

Peter Ferrone

    Debtors

Case No. 25-22383-SLM

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3

Date Rcvd: Mar 23, 2026      Form ID: 148      Total Noticed: 23

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kimberly G. Ferrone, Peter Ferrone, 14 Spear Street, Oakland, NJ 07436-3230 |
| 520919722 | + | TD Bank, PO Box 71466, Philadelphia, PA 19176-1466 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2026 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2026 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 23 2026 21:33:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 520919717 | + | EDI: CITICORP | Mar 24 2026 00:59:00 | AMEX/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520919718 | + | EDI: CAPITALONE.COM | Mar 24 2026 00:59:00 | Capital One/Bass Pro Shop, PO Box 71083, Charlotte, NC 28272-1083 |
| 520951928 | | EDI: CITICORP | Mar 24 2026 00:59:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520919719 | | EDI: DISCOVER | Mar 24 2026 00:59:00 | Discover, 6500 New Albany Road, New Albany, OH 43054 |
| 520892175 | + | EDI: JPMORGANCHASE | Mar 24 2026 00:59:00 | JP Morgan Chase, Mail Code LA2-7100, 1414 Woodward Avenue, Ruston, LA 71270-2015 |
| 520892176 | ^ | MEBN | Mar 23 2026 21:27:12 | KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520916351 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2026 21:35:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520892177 | | Email/Text: Bankruptcy@mjrf.com | Mar 23 2026 21:33:00 | Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Tpke Ste 220, Syosset, NY 11791-4449 |
| 520919720 | + | EDI: CITICORP | Mar 24 2026 00:59:00 | Macy's/Citibank, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520892178 | | Email/Text: mtgbk@shellpointmtg.com | Mar 23 2026 21:33:00 | New Rez/Shellpoint, 55 Beattie Pl Ste 600, Greenville, SC 29601-2165 |
| 520960754 | | Email/Text: mtgbk@shellpointmtg.com | Mar 23 2026 21:33:00 | NewRez LLC d/b/a Shellpoint Mortgage |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2026 | Form ID: 148 | Total Noticed: 23 |

|  |  |  | Servicing, PO Box 10826, Greenville, SC 29603-0826 |
|---|---|---|---|
| 520961535 | EDI: PRA.COM | Mar 24 2026 00:59:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520892179 | EDI: PRA.COM | Mar 24 2026 00:59:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 520919721 | Email/Text: signed.order@pfwattorneys.com | Mar 23 2026 21:33:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520908394 | ^ MEBN | Mar 23 2026 21:26:56 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 521012126 | + Email/Text: bkteam@selenefinance.com | Mar 23 2026 21:33:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association, Selene Finance LP 75019-6295 |
| 521039102 | + Email/Text: RASEBN@raslg.com | Mar 23 2026 21:33:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 521012125 | + Email/Text: bkteam@selenefinance.com | Mar 23 2026 21:33:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cassandra C. Norgaard | |
| | on behalf of Joint Debtor Peter Ferrone cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cas sandrac.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | |
| | on behalf of Debtor Kimberly G. Ferrone cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cas sandrac.b124931@notify.bestcase.com |
| Levi Chaimowitz | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF III Acquisition Trust chamo549@gmail.com |

District/off: 0312-2                          User: admin                                    Page 3 of 3
Date Rcvd: Mar 23, 2026                       Form ID: 148                                 Total Noticed: 23

Marie-Ann Greenberg

    magecf@magtrustee.com

Matthew K. Fissel

    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com
matthew.fissel@brockandscott.com

Nathalie Rodriguez

    on behalf of Creditor U.S. Bank Trust National Association nrodriguez@raslg.com  NJbkyecf@flwlaw.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7