**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, Esq.**
**30 Two Bridges Road, Suite 330**
**Fairfield, NJ 07004**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
Kimberly G. Ferrone
Peter Ferrone

Order Filed on March 23, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13 Case No.: 25-22383**

**Judge:  Stacey L. Meisel**

**ORDER DISMISSING PETITION**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 23, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:  Kimberly G. Ferrone
       Peter Ferrone

Case No.:  25-22383

Caption of Order:  **ORDER DISMISSING PETITION**

_____

      THIS MATTER having come before the Court on 3/11/2026 on a Confirmation Hearing, and the Court having entered an Order Denying Confirmation on 3/12/2026 (docket #27) whereby debtors must provide updated proof of income from any new sources relied upon by the plan or in any amended Schedule I by 3/20/2026, and Debtors having filed a Modified Plan Before Confirmation on 3/16/2026 (docket #29) where Debtors propose in Part 1b, Other Sources of funding, that "Debtor 2's mother to contribute additional funds to the Plan through sale of her home," and the Debtors having failed to provide any verification of the new source and good and sufficient cause appearing therefrom for the entry of this Order, it is hereby:

      ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice.

      Pursuant to 11 U.S.C Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 7 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-22383-SLM

Kimberly G. Ferrone                                                          Chapter 13

Peter Ferrone

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                          Page 1 of 2

Date Rcvd: Mar 23, 2026                Form ID: pdf903                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**           **Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

**Recip ID**               **Recipient Name and Address**
db/jdb                 +   Kimberly G. Ferrone, Peter Ferrone, 14 Spear Street, Oakland, NJ 07436-3230

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Cassandra C. Norgaard | on behalf of Joint Debtor Peter Ferrone cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Debtor Kimberly G. Ferrone cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Levi Chaimowitz | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF III Acquisition Trust chamo549@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 23, 2026                       Form ID: pdf903                                 Total Noticed: 1

Matthew K. Fissel
                    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com
                    matthew.fissel@brockandscott.com

Nathalie Rodriguez
                    on behalf of Creditor U.S. Bank Trust National Association nrodriguez@raslg.com  NJbkyecf@flwlaw.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7