UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 27, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kimberly Ferrone and Peter Ferrone,

Debtors.

| | |
|---|---|
| Case No.: | 25-22383 (SLM) |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

## ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following page is hereby **ORDERED**

**DATED: March 27, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

In re:   Kimberly Ferrone and Peter Ferrone
Case No.: 25-22383
Caption: Order Denying Application to Shorten Time
Page 2

---

**THIS MATTER** having been brought before the Court by the debtors, Kimberly

Ferrone and Peter Ferrone (the "**Debtors**"), by and through their counsel, Cassandra C.

Norgaard, Esq., by an *Application for Order Shortening Time* (ECF No. 40) seeking an Order

from the Court shortening period for notice and scheduling a hearing on *Motion to Vacate*

*Dismissal of Chapter 13 Bankruptcy* (the "**Motion**") (ECF No. 39); it is hereby

**ORDERED** as follows:

1.     The aforesaid application for an Order Shortening Time is denied because
       the Debtors failed to set forth circumstances demonstrating an emergency.
       "[E]nsur[ing] that no sheriff's sale is scheduled for their home" is not
       grounds for an emergency hearing.  ECF No. 40 at 1.

2.     Hearing shall be conducted on the Motion on April 22, 2026, at 10:00 A.M.

The movant party shall within (7) days from the date of entry of this Order, serve

this order on the debtor, any trustee and all parties who entered an appearance on this

matter.