UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 27, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kimberly Ferrone and Peter Ferrone,

Debtors.

Case No.:      25-22383 (SLM)

Judge:      Stacey L. Meisel

Chapter:      13

## ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following page is hereby **ORDERED**

**DATED: March 27, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

In re:   Kimberly Ferrone and Peter Ferrone
Case No.: 25-22383
Caption: Order Denying Application to Shorten Time
Page 2

**THIS MATTER** having been brought before the Court by the debtors, Kimberly Ferrone and Peter Ferrone (the "**Debtors**"), by and through their counsel, Cassandra C. Norgaard, Esq., by an *Application for Order Shortening Time* (ECF No. 40) seeking an Order from the Court shortening period for notice and scheduling a hearing on *Motion to Vacate Dismissal of Chapter 13 Bankruptcy* (the "**Motion**") (ECF No. 39); it is hereby

**ORDERED** as follows:

1. The aforesaid application for an Order Shortening Time is denied because the Debtors failed to set forth circumstances demonstrating an emergency. "[E]nsur[ing] that no sheriff's sale is scheduled for their home" is not grounds for an emergency hearing. ECF No. 40 at 1.

2. Hearing shall be conducted on the Motion on April 22, 2026, at 10:00 A.M.

The movant party shall within (7) days from the date of entry of this Order, serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-22383-SLM |
| Kimberly G. Ferrone | Chapter 13 |
| Peter Ferrone | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 27, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb               +  Kimberly G. Ferrone, Peter Ferrone, 14 Spear Street, Oakland, NJ 07436-3230

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

**Name                              Email Address**

Cassandra C. Norgaard

on behalf of Joint Debtor Peter Ferrone cnorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cas
sandrac.b124931@notify.bestcase.com

Cassandra C. Norgaard

on behalf of Debtor Kimberly G. Ferrone cnorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cas
sandrac.b124931@notify.bestcase.com

Levi Chaimowitz

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF III
Acquisition Trust chamo549@gmail.com

Marie-Ann Greenberg

magecf@magtrustee.com

District/off: 0312-2                           User: admin                                      Page 2 of 2
Date Rcvd: Mar 27, 2026                        Form ID: pdf903                                  Total Noticed: 1

Matthew K. Fissel
                    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com
                    matthew.fissel@brockandscott.com

Nathalie Rodriguez
                    on behalf of Creditor U.S. Bank Trust National Association nrodriguez@raslg.com  NJbkyecf@flwlaw.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7