UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:          _____

Chapter:          _____

Adv. No.:          _____

Hearing Date:          _____

Judge:          _____

## CERTIFICATION OF SERVICE

1.  I, _____ :

☐ represent _____ in this matter.

☐ am the secretary/paralegal for _____, who represents
_____ in this matter.

☐ am the _____ in this case and am representing myself.

2.      On _____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

3.      I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date:   _____          _____
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

**<u>SERVICE LIST</u>**

AMEX/DSNB
PO Box 6789
Sioux Falls, SD 57117

Capital One/Bass Pro Shop
6125 Lakeview Road Suite 800
Charlotte, NC 28269

Discover
6500 New Albany Road
New Albany, OH 43054

JP Morgan Chase
Mail Code LA2-7100
1414 Woodward Avenue
Ruston, LA 71270

KML Law Group
Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Macy's/Citibank
5800 S Corporate Pl
Sioux Falls SD 57108-5027

Mullooly, Jeffrey, Rooney & Flynn, LLP
6851 Jericho Tpke Ste 220
Syosset, NY 11791-4449

New Rez/Shellpoint
75 Beattie Place, Suite LL202
Greenville, SC 29601

Portfolio Recovery
150 Corporate Blvd.
Norfolk, VA 23502

Pressler Felt & Warshaw LLP
7 Entin Rd
Parsippany, NJ 07054-5020

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


TD Bank
6 Atlantis Way
Mailstop ME2-074-017
Lewiston, ME 04240