| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone:  973-575-0707<br>Attorneys For Secured Creditor<br><br>Nathalie C Rodriguez, Esq. (435332023) | CASE NO.: 25-22383-SLM<br><br>CHAPTER 13<br><br>HEARING DATE: April 22, 2026<br><br>JUDGE: Stacey L. Meisel |
| **In Re:**<br><br>**Kimberly G. Ferrone,**<br>      **Debtor,**<br>**Peter Ferrone,**<br>      **Joint-Debtor.** | |

### OPPOSITION TO DEBTOR'S MOTION TO VACATE DISMISSAL ORDER

**COMES NOW**, U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF III Acquisition Trust ("Secured Creditor"), by and through undersigned counsel, hereby files its Opposition to Debtor's Motion to Vacate Dismissal Order (DE # 39), and, in support thereof, states as follows:

1. Secured Creditor holds a mortgage on the property located at 14 Spear Street, Oakland, NJ 07436 (the "Property") by virtue of a Mortgage in the principal amount of $290,000.00, recorded December 6, 2005, in Book 16418, Page 881, in the Office of the Clerk/Register of Deeds for Bergen County, New Jersey.

2. On November 20, 2025 Debtor filed a Voluntary Petition for Bankruptcy pursuant to Chapter 13 of the United States Bankruptcy Code.

3. On December 15, 2025, Debtor filed a Chapter 13 Plan (Docket Entry #10).

4. On March 12, 2026, an Order Denying Confirmation (Docket Entry # 27) was entered.

5. On March 23, 2026, an Order Dismissing Case for Both Debtors (Docket Entry # 36) was entered.

6. On March 27, 2026, Debtor filed a Motion to Vacate Dismissal Order at Docket No. 39.

7. Secured Creditor states that the loan is contractually due for August 1, 2024, for $45,008.94.

8. Additionally, Debtors have not made any payments since the filing of the bankruptcy, and are post-petition due for **$15,558.70.**

9. For the reasons stated above, Secured Creditor objects to the Motion to Vacate Dismissal.

10. In the event Your Honor determines the Debtors shall be provided the opportunity, Secured Creditor respectfully requests the Debtors become post-petition current within thirty (30) days of the entry of the Order.

11. Secured Creditor reserves the right to amend and or supplement this response prior to the hearing.

**WHEREFORE,** Secured Creditor respectfully requests this Court sustain the objections stated herein and deny Debtor's Motion to Impose/Extend the Automatic Stay as to them, and for such other and further relief as the Court may deem just and proper.

Dated: 04/13/2026

**Robertson, Anschutz, Schneid, Crane, & Partners PLLC**
130 Clinton Rd., Suite# 202
Fairfield, NJ  07004
Telephone: 973-575-0707
Fax: 973-404-8886

By: */s/ Nathalie C Rodriguez*
Nathalie C Rodriguez, Esquire
NJ Bar 435332023
E-mail: nrodriguez@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone:  973-575-0707<br>Attorneys For Secured Creditor<br><br>Nathalie C Rodriguez, Esq. (435332023) | CASE NO.: 25-22383-SLM<br><br>CHAPTER 13<br><br>HEARING DATE: April 22, 2026<br><br>JUDGE: Stacey L. Meisel |
| **In Re:**<br><br>**Kimberly G. Ferrone,**<br>      **Debtor,**<br>**Peter Ferrone,**<br>      **Joint-Debtor.** | |

CERTIFICATION OF SERVICE AND PROOF OF MAILING

I, Long-Giang Nguyen:

☐ represent the movant in the above-captioned matter.

■ am the secretary/paralegal for  Robertson, Anschutz, Schneid, Crane, & Partners PLLC,

who represents , U.S. Bank Trust National Association, Not In Its Individual Capacity But

Solely As Owner Trustee For RCF III Acquisition Trust in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

On _____ I sent a copy of the following pleadings and/or

documents to the parties listed in the chart below:  Response to Debtor's Motion To Vacate

Dismissal Order

I hereby certify under penalty of perjury that the above documents were sent using the mode

of service indicated.

Dated:  04/13/2026                              _/s/ Long-Giang Nguyen_____
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Cassandra C. Norgaard<br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ 07631 | Debtor(s) Attorney | □ Hand Delivered<br>■ Regular Mail<br>□ Certified  Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br> (as authorized by court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | □ Hand Delivered<br>■ Regular Mail<br>□ Certified  Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br> (as authorized by court*) |
| Kimberly G. Ferrone<br>14 Spear Street<br>Oakland, NJ 07436<br><br>Peter Ferrone<br>14 Spear Street<br>Oakland, NJ 07436 | Debtor<br><br>Joint- Debtor | □ Hand Delivered<br>■ Regular Mail<br>□ Certified  Mail/RR<br>□ E-Mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other _____<br> (as authorized by court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | □ Hand Delivered<br>■ Regular Mail<br>□ Certified  Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br> (as authorized by court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.