Form 177 − fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−22383−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kimberly G. Ferrone<br>14 Spear Street<br>Oakland, NJ 07436 | Peter Ferrone<br>14 Spear Street<br>Oakland, NJ 07436 |

Social Security No.:

| | |
|---|---|
| xxx−xx−1735 | xxx−xx−6467 |

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 28, 2026

Stacey L. Meisel
Judge, United States Bankruptcy Court